Gene J. Stonebarger (SBN 209461)
Richard D. Lambert (SBN 251148)
STONEBARGER LAW PC
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Tel:  (916) 235-7140
Fax: (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Robert Haefner*

Robert B. Carey (*pro hac vice* admission pending)
Amy M. Wilkins (SBN 215084)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel. (602) 840-5900
Fax. (602) 840-3012
Email:  rob@hbsslaw.com
         amyw@hbsslaw.com

*Attorneys for Defendant Leslie's Poolmart, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAEFNER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE'S POOLMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. CV 11-02771 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA** |

CASE NO.  CV 11-02771 EMC                          [PROPOSED] ORDER GRANTING
                                                  STIPULATION TO TRANSFER VENUE

1   After consideration of the Stipulation to Transfer Venue to the Eastern District of
2   California and finding good cause therein, the motion to transfer venue to the Eastern
3   District of California is **GRANTED**.
4   IT IS HEREBY ORDERED that this action be transferred to the Eastern District of
5   California.

DATED: __7/6/11__              _____
                                                          HON. EDWARD M. CHEN
                                                          U.S. DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

- 2 -

CASE NO. CV 11-02771 EMC                    [PROPOSED] ORDER GRANTING
                                            STIPULATION TO TRANSFER
                                            VENUE TO THE EASTERN
                                            DISTRICT OF CALIFORNIA